UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-CV-80049-ROSENBERG/REINHART

DANIEL LUGO,

       Plaintiff,

v.

NEW ORLEANS HOUSE OF
KEY WEST, INC.,

       Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Russel L. Cormican |
| DREM M. LEVITT | RUSSEL L. CORMICAN |
| Florida Bar No. 782246 | Florida Bar. No. 0093505 |
| drewmlevitt@gmail.com | russell@normkent.com |
| Lee D. Sarkin | 12 S.E. 7th Street |
| Florida Bar No. 962848 | Suite 706 |
| lsarkin@aol.com | Fort Lauderdale, Florida 33301 |
| 4700 N.W. Boca Raton Boulevard | Telephone (954) 763-1900 |
| Suite 302 | Attorney for Defendants |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |