UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:23-CV-80049- ROSENBERG/REINHART

DANIEL LUGO,

    Plaintiff,

v.

NEW ORLEANS HOUSE
OF KEY WEST, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the parties' Stipulation of Dismissal at docket entry 10. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.     The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of March, 2023.

                                                 ROBIN L. ROSENBERG
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record